**2005–2364. State v. Perez.**
Clark C.P. No. 03CR1010. This cause is pending before the court as a death penalty appeal from the

Clark County Court of Common Pleas. Upon consideration of appellant's motion for an extension of time to transmit the record,

IT IS ORDERED that the motion is granted, in part, and the time for transmitting the record is hereby extended to June 19, 2006.